1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10    DAVID REYES,

11              Plaintiff,                    No. 2:10-cv-0267 JFM (PC)

12         vs.

13    MITCHEL, et al.,

14              Defendants.              <u>ORDER</u>

15    _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17    to 42 U.S.C. § 1983.  On March 2, 2010, plaintiff consented to jurisdiction by the undersigned

18    pursuant to Eastern District Local Rule 302.  No defendants have appeared in this matter.

19              By an order filed April 27, 2010, this court ordered plaintiff to complete and

20    return to the court, within thirty days, the USM-285 forms necessary to effect service on

21    defendants.  That thirty day period has since passed, and plaintiff has not responded in any way

22    to the court's order.

23    /////

24    /////

25    /////

26    /////

1

1        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without

2 prejudice.  <u>See</u> Fed. R. Civ. P. 41(b).

3 DATED: August 9, 2010.

4

5                                        _____
                                         UNITED STATES MAGISTRATE JUDGE
6

7 /014;reye0267.fusm/

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26