IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID REYES,

        Plaintiff,                    No. 2:10-cv-0267 JFM (PC)

    vs.

MITCHEL, et al.,

        Defendants.        <u>ORDER</u>

                             /

        On November 16, 2010, plaintiff filed a motion to appoint counsel. This civil rights action was closed on August 10, 2010. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: January 3, 2011.

                                          UNITED STATES MAGISTRATE JUDGE

/014;reye0267.58